PATRICK CONNOLLY, PLAINTIFF IN ERROR, v. NORTH
    JERSEY STREET RAILWAY COMPANY, DEFENDANT IN
    ERROR.

Argued June 21, 1910—Decided November 14, 1910.

On error to the Supreme Court, whose opinion is reported in
47 *Vroom* 1.

For the plaintiff in error, *Chauncey G. Parker* and *Samuel
Kalisch.*

For the defendant in error, *Leonard J. Tynan.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Chief
Justice in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE,
TRENCHARD, PARKER, VOORHEES, MINTURN, BOGERT, VRE-
DENBURGH, VROOM, DILL, CONGDON, JJ.   12.

*For reversal*—None.

---

HARRIS DUNWOODY, DEFENDANT IN ERROR, v. NORTH
    JERSEY STREET RAILWAY COMPANY, PLAINTIFF IN
    ERROR.

Argued July 11, 1910—Decided November 14, 1910.

On error to the Supreme Court, where the following opinion
was rendered: